# EXHIBIT A



## Our Products Change Lives

We strive to provide Regenerative Products of exceptional quality, all while keeping them affordable. Our ultimate aim is to offer the most effective solutions possible, without compromising on quality. Our commitment to excellence means that you can provide the best possible care to your patients, without having to make any compromises.

Schedule a Meeting >



### Laboratory

State-of-the-art research facility to meet ISO standards for drug development & testing



### Experts

Post-doctoral scientists, physicians & surgeons with expertise in science & medicine



### Research

Scientific, preclinical & clinical research with the most advanced instrumentation



### Innovation

New developments & invention in scientific, diagnostic & therapeutics



### Execution

Executive management with absolute focus on bringing safe & effective products to market

At our core, we are a team of passionate individuals dedicated to advancing the field of regenerative medicine.

dedicated to advancing the field of regenerative medicine. Our mission is to harness the power of nature to help patients heal faster and more effectively than ever before. Through cutting-edge techniques and rigorous scientific study, we create human perinatal-derived products that support the body's natural healing processes. Our goal is to provide the most innovative and effective solutions possible, improving patients' lives and helping them achieve optimal health and wellness.



## Our Process & Procurement



### Prescreening

Platinum Biologics products are obtained from healthy, carefully screened mothers at the time of normal delivery. In addition to a stringent social screening interview, all mothers undergo serology testing to ensure there is no risk for a communicable disease. No harm is brought to the mother or her newborn and parents still have the option of storing the cord blood if desired.



### Processing

Recovery of tissue is performed at the time of delivery by trained technicians in a sterile environment. All processing is done in a cGMP facility following the regulations of the FDA and the guidelines of the American Association of Tissue Banks (AATB) and the American Association of Blood Banks (AABB).



### Distribution

All Platinum Biologics products are shipped on dry ice in validated shipping containers to ensure appropriate temperature is maintained.

Learn More



## Our Lab

Platinum Biologics products are manufactured in state-of-the-art ISO Class cleanrooms. All equipment is calibrated and validated to ensure consistent results are produced. Our facility is FDA-registered and a multi-state licensed tissue bank providing high-quality natural biologics to clinicians nationwide. We work closely with our partners to enhance their practice with tools and





