# EXHIBIT B

https://www.linkedin.com/in/beeben-russell-64175470/ March 27, 2024

 🔍 Search     Me ▾ For Business ▾ Try Premium for free
Home My Network Jobs Messaging Notifications




**Beeben Russell** · 3rd
Improving Patient Outcomes, Profitability, Sustainability, and Referring Relationships. We Provide the Lens to Improve Your Scope of Practice #SCALE 🩺🥼

 Platinum Biologics
🎓 Hebron HighSchool

Dallas-Fort Worth Metroplex · Contact info
3,650 followers · 500+ connections

＋ Follow    Message    Book an appointment    More

## Featured

| Post | Post | Post |
|---|---|---|
| Celebrating First-Class Achievements at Platinum… | 🚨 Introducing the Nano PRP Jelly: The Ultimate Wharton's Jelly… | Lose all your income and walk from millions while having your… |
|  | Home \| Platinum Biologics  platinumbiologics.com • 1 min read | |
| 👍❤️ 36 · 11 comments | 👍💡 71 | 👍❤️🎉 47 · 11 comments |

## Activity
3,650 followers                                                    ＋ Follow

**Posts**  Comments  Videos  Images  Events

**Beeben Russell** posted this • 2d

🚨SUED FOR NON COMPETE 🚨Overcoming Unfair Practices in the Industry: A Personal Journey & A Promise to Our Partners
… …show more

👍❤️🎉 29                                                   19 comments

**Beeben Russell** posted this • 1w

🚨Platinums Top Producing Doctor!🚨
 We'd like to take a brief pause to shine a spotlight on Scot Gray, Platinum's standout performer a… …show more

👍 25                                              6 comments · 1 repost

**Beeben Russell** posted this • 1w

Vitti Labs! Is Vitti Labs an Imaginary 361 HCTP Product? Is Vitti Labs a Drug manufacture?
… …show more

 Vitti Labs - Is VittiLabs An Imaginary 361 HCTP Product?
loom.com

👍❤️ 12                                                          3 comments

Show all posts →

## About

Do you strive to offer the best clinical outcomes possible for your patients?
Patient Advocate Network. establishes partnerships with existing clinics to aid clinical outcomes, performance, marketing, and business opportunities.👌
… …see more

Ad •••
The ABA is the nation's largest voluntary legal association.

**ABA**

Be the best lawyer you can be. Join today.

Become a Member

**Other similar profiles**

Joseph "Joge" Sikora · 3rd
Founder at Vbrato
 View profile

Dr. Aaron Gumm 🔗 · 3rd
INC 500 List | Founder-CEO | Author | Speaker |
＋ Follow

Marc Linscheid 🔗 · 3rd
President and CEO @ Ragnar HealthCare | Regenerative…
 View profile

Stephen Mesa · 3rd+
Obsessed with adding value in healthcare and real estate via…
🔒 Message

Geoff Martha 🔗 · 3rd
CEO & Chairman Of The Board Of Directors at Medtronic
＋ Follow

Show all

**People you may know**
From Beeben's industry

Jonathan Ho
Business Analyst
 Connect

Joel G.
DevOps/SWE (AWS, AI) => Enterprise AI Workflows and…
 Connect

Margaret Phiukhao, MSN, RN, CCRN
Registered Nurse @ Sharp Grossmont (SICU)
 Connect

Jennifer Birmingham
Business Project Advisor
 Connect

Heather Smith
Wildlife Advocate at Native Animal Rescue



Case 4:24-cv-00264-BCW    Document 1-2    Filed 04/12/24    Page 2 of 4

## Experience

**Chairman of the Executive Board**
Platinum Biologics · Part-time
Apr 2023 - Present · 1 yr
Frisco, Texas, United States · Hybrid

**Chief Executive Officer**
Patient Advocate Network · Self-employed
Jan 2020 - Present · 4 yrs 3 mos
Dallas-Fort Worth Metroplex

Design Clinical Protocols and Case Management for Clinics. Improving Patient Outcomes, Profitability, Sustainability, and Referring Relationships. We Provide the Lens to Improve Your Scope of Practice

**CEO**
Russell Distribution Inc
May 2016 - Present · 7 yrs 11 mos
Dallas Texas

Strategic marketing and distribution channeling.

**President**
Manson Holdings LLC
Jan 2020 - Present · 4 yrs 3 mos
Dallas-Fort Worth Metroplex

Re-investing in business opportunities, real estate, and joint ventures. Primarily Health and Medical related.

**Co-Founder**
Concussion Education Strategies
Dec 2019 - Dec 2023 · 4 yrs 1 mo
Dallas-Fort Worth Metroplex

Show all 9 experiences →

## Education

**Hebron HighSchool**
None, Life
2006 - 2007

## Volunteering

**Camp Counsler**
Bent tree church
Jun 2004 - Jul 2006 · 2 yrs 2 mos

## Licenses & certifications

**CTF**
United Latino Students Association

Show credential ↗

## Projects

**Light Therapy Presentations**

Show project ↗

## Skills

**Wellness**
48 endorsements

**Marketing Strategy**
7 endorsements

Show all 35 skills →

## Recommendations

Received  Given



Connect

Show all

You might like
Pages for you

NVIDIA
Computer Hardware Manufacturing
2,359,161 followers

Follow

Entrepreneurs' Law Clinic, Santa Clara University School of Law
Legal Services
476 followers

Follow

Show all

Promoted

The Berkeley Haas MBA
Develop skills that position you for a lifetime of professional growth.

Attorney Needed ASAP
We need attorneys to help our legal clients. Free trial to view cases.

Nothing to see for now
Recommendations that Beeben receives will appear here.

## Publications

**Power Of Light Therapy**
Parker University · Feb 5, 2015

CEU course educating Chiropractors on the medical advancements of LLLT

## Honors & awards

**Top Sales**
Issued by In Light Wellness · Jan 2014

 Associated with In Light Wellness

Top Sales

**Top Rentals**
Issued by In Light Wellness · Dec 2013

 Associated with In Light Wellness

Top System Rentals

Show all 3 honors & awards →

## Languages

English

## Causes

Children • Education • Health • Human Rights • Science and Technology • Social Services

## Interests

**Top Voices**  Companies  Groups  Newsletters

**Kevin O'Leary** · 3rd
Chairman, O'Leary Ventures and Beanstox
3,848,913 followers

+ Follow

**Vinod Dasa MD** · 3rd
LI Top Voice x 2, Orthopedic Surgeon | Vice Chair | Researcher | Entrepreneur | Innovator | Consultant
19,764 followers

+ Follow

About
Accessibility
Talent Solutions
Questions?
Visit our Help Center.

Community Guidelines
Careers
Marketing Solutions

Privacy & Terms
Ad Choices
Advertising
Manage your account and privacy
Go to your Settings.

Sales Solutions
Mobile
Small Business

Safety Center
Recommendation transparency
Learn more about Recommended Content.

LinkedIn Corporation © 2024

Select Language
English (English)

Messaging