# EXHIBIT D



**Labs**
March 2023

**Florida**
May 21, 2022

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2024

was in another state...

👍 6                                                2 comments

👍 Like                          ➦ Share

Katrina Martinez
Whoa now. You know dam well I would NEVER forge anyone's signature. I left that place for a reason...🙅
1d   Like

Author
Beeben Russell
Katrina Martinez absolutely 💯.. it's just what they told me in the moment. Blame someone who left, normal for those liars.
1d   Like

---

Beeben Russell is 😍 feeling loved with Monica Russell.
6d · 🌐                                              ...

"In the cutthroat world of business, I've molded myself to be tougher, more relentless, with patience wearing thin. Yet, becoming a dad has unraveled a new strength in me—a softer, gentler kind. Each day, my little one teaches me the power of simple moments, the depth of untapped patience, and the warmth of unconditional love.

He's my little teacher, showing me that strength isn't just about standing firm but also about bending with kindness and love. As I navigate through t... See more



👍❤️ 69                                          10 comments

👍 Like                          ➦ Share

View more comments

Regan Frizzelle

6d   Like

---

Beeben Russell
March 19 at 10:42 AM · 🌐

🧨 Platinums Top Producing Doctor! 🧨

We'd like to take a brief pause to shine a spotlight on Scot Gray, Platinum's standout performer across the board. Navigating the complexities of large-scale partnerships and significant financial stakes is no small feat for any organization.

Dr. Gray isn't just accountable for steering millions of dollars towards Regen purchases; he's also an invaluable mentor to many in the field. His mastery over the dinner seminar technique and his role... See more



👍❤️ 28                                4 comments  1 share

👍 Like                          ➦ Share



**Kyle Reed**
Heck yes to this. And these photos are 🔥
1w · Like

**Beeben Russell**
Reels · Mar 15 · 🌐



👍 25
💬 2

One year ago this month me and Stephen Mesastephenmesa made a business plan on a napkin. We started our new venture with an Amex. We get to work with ... **See more**

d Bunny · MONACO    Bad Bunny

**Beeben Russell**
March 14 at 2:46 PM · 🌐

Vitti Labs! Is Vitti Labs an Imaginary 361 HCTP Product? Is Vitti Labs a Drug manufacture?

Lately we've seen some WILD claims coming from Vitti Labs. Who isn't suppose to be selling product, and kind of doesn't anymore. But they do? What does that mean for you? What does this mean for your malpractice?

These are only my opinions please see the video for full disclaimer.

#whartonsjelly #exesomes





LOOM.COM
**Vitti Labs - Is VittiLabs An Imaginary 361 HCTP Product?**
Video Disclaimer The information provided in this video is for general informatio...

👍❤️ 10                                    2 comments

👍 Like                    ↗ Share

View more comments

**Rudy De La Cruz**
Human umbilical cord? Is there one that's 361 cleared yet? 😂
1w · Like

**Beeben Russell**
March 13 at 3:25 PM · 🌐

It's been a rollercoaster of ups and downs, but one thing that truly stands out is the incredible people I've had the pleasure of meeting along the way. From fellow dreamers to inspiring mentors, every person has left a mark on my journey, teaching me something valuable.

And let's not forget the amazing experiences and places this path has led me to! Every new project feels like an adventure, opening doors to new sights, sounds, and possibilities.

Being an entrepreneur is... **See more**



👍❤️ 36                                    2 comments

Like                                    Share

View more comments

**Jim Morton**
www.thedayofthechampion.com! You Boys are a lot of fun! INVICTUS!

THEDAYOFTHECHAMPION.COM ⓘ
thedayofthechampion.com

1w   Like                                    👍❤️ 3

---

**Beeben Russell**
March 12 at 11:38 AM · 🌐

Become the ultimate smoke show ⚪ Platinum Biologics not only guarantees stronger and more reliable product, but we even offer better price points. This allows you to actually help more patients by offering more affordable outcomes, bigger ROI, and more walking referrals/testimonials! #smokeshowofbiologics #exesomes #exesome #whartonsjelly #stemcell



👍 14                                    1 share

Like                                    Share

---

**Beeben Russell**
March 12 at 10:26 AM · 🌐

🔥😳Nano Ex results coming in HOT 😳
3 months of treatment
3 NanoEx applications +HA by microneedle #exosomes #exosome #exosomebooster #whartonsjelly

👍❤️😮 58                          11 comments   1 share

Like                                    Share

View more comments

**Jami West**
Wow! Amazing!
2w   Like

---

**Beeben Russell**
Reels · Mar 12 · 🌐



Thank you for the thousands of you that make this all possible! Daily shipments are now hauled out on multiple carts! For new customers it's important... See more

Beeben Russell is with Jim Morton and Stephen Mesa.
February 23 · 🌐

The day of the champion! When your new friend says hey I'll just come pick you up from the executive airport. Jim thanks for your hospitality and the tour of your business. Sitting with your executive team and the fact that everyone has spent 20 plus years working for you is mind blowing 🤯 What an inspiration. What a business you've built. It's days like this that make being an entrepreneur worth every second. Jim Morton Stephen Mesa



😮😍 45                                          2 comments  1 share

👍 Like                          ↗ Share

View more comments

Jim Morton
Epic Day with you Gentlemen! Loved hanging with boys! Let's get in a cigar and a Burbon next time! INVICTUS!
4w · Like

Beeben Russell is in Plano, TX.
February 16 · 🌐

Happy Valentine's Day @monicanrussell . I know I'm a day late and probably two dollars short but I love you 😂😂 #wife #turbos #mywifeishot

