# EXHIBIT E






